### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO.  4:08cr17-SPM

MARC JUNIOR THEMENE

_____/

### MOTION TO UNSEAL INDICTMENT

The United States of America requests this Court issue an Order unsealing the indictment returned by the Grand Jury in this case, and in support of this motion states as follows:

1.      The defendant has been arrested this morning in the Southern District of Florida based upon a warrant issued as a result of the Indictment in this case. The defendant is being taken to the nearest available United States Magistrate Judge in the Miami Division of the Southern District of Florida for an initial appearance and a F.R.Cr. P. 5 removal hearing.

2.      In order to accommodate the initial appearance of the defendant, the defendant must be provided with a copy of the Indictment. The unsealing of the Indictment in this case would therefore be appropriate, and there is no further reason to keep the Indictment in this case under seal.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE. FLA.

2008 APR -8   AM 11: 03

LT

RECEIVED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE. FLA.

2008 APR -7   PM 2: 10

FILED

WHEREFORE, it is respectfully requested that the Court unseal the Indictment in this

matter.

Respectfully submitted, this 7th day of April, 2008.

>                    GREGORY R. MILLER
>                    UNITED STATES ATTORNEY
>
>
>                    STEPHEN M. KUNZ
>                    Assistant United States Attorney
>                    Florida Bar No. 0322415
>                    111 North Adams Street, 4th Floor
>                    Tallahassee, Florida 32301
>                    (850) 942-8430

## ORDER

The government's motion is granted.

DONE AND ORDERED this the _____ day of April, 2008.

>                    WILLIAM C. SHERRILL, JR.
>                    UNITED STATES MAGISTRATE JUDGE

2