**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v().                                                            Case No.: 4:08-CR-017-SPM

MARC JUNIOR THEMENE,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 31) of the United States Magistrate Judge William C. Sherrill, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **MARC JUNIOR THEMENE**, to Counts One, Two, Three and Four of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this eleventh day of August, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge