**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,                    CASE NO.: 4:08cr17-SPM

vs.

MARC JUNIOR THEMENE,

     Defendant.

_____/

**ORDER CONTINUING SENTENCING HEARING**

     Upon consideration, Defendant's unopposed motion to continue the

sentencing hearing (doc. 36) is **granted**.  The sentencing hearing is reset for

1:30 p.m. on **December 15, 2008**, at the United States Courthouse in

Tallahassee, Florida.

     DONE AND ORDERED  on this <u>tenth</u> day of October, 2008.


     _s/ Stephan P. Mickle_____

     Stephan P. Mickle
     United States District Judge