**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,                             CASE NO.: 4:08cr17-SPM

vs.

MARC JUNIOR THEMENE,

    Defendant.

_____/

### ORDER CONTINUING SENTENCING HEARING

    Upon consideration, Defendant's unopposed motion to continue the sentencing hearing (doc. 38) is **granted**.  The sentencing hearing is reset for 1:30 p.m. on **Tuesday, February 17, 2009**, at the United States Courthouse in Tallahassee, Florida.

    DONE AND ORDERED  on this eleventh day of December, 2008.


                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge